220 So.2d 456

**Melvin SHILLING et ux.**

**v.**

**Alec DOYLE et ux.**

**No. 49705.**

March 31, 1969.

In re: Melvin Shilling and Patsy Tucker Shilling applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides, State of Louisiana. 218 So.2d 72.

Writ refused on the facts found by the Court of Appeal, there is no error of law in its judgment.

220 So.2d 456

**Doris Seitz BOOTH**

**v.**

**The TRAVELERS INSURANCE COMPANY.**

**No. 49706.**

March 31, 1969.

In re: Doris Seitz Booth applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Tangipahoa, State of Louisiana. 217 So.2d 483.

Writ application denied. The judgment is correct.

SUMMERS, Justice, is of the opinion a writ should be granted.